IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASHMIR SINGH,

      Petitioner,                    No. CIV S-08-2097 DAD P

    vs.

NANCY ALCANTAR, et al.,

      Respondents.                <u>ORDER</u>

_____/

        The parties have informed the court that petitioner was released on bond on August 26, 2008, rendering this action moot. All parties have stipulated that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed as moot.

DATED: November 20, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sing2097.159